UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                      )<br>)<br>JAMAL CLARKE            )<br>)<br>)<br>)<br>) | Case No.: 03CR 10369 RGS<br><br>Violations:<br><br>21 U.S.C. §841(a)(1) -<br>Possession of Cocaine Base<br>With Intent to Distribute |

### INDICTMENT

**COUNT ONE**: 21 U.S.C. §841(a)(1) - Possession of Cocaine Base With Intent to Distribute

The Grand Jury charges that:

On or about June 30, 2003, at Boston, in the District of Massachusetts,

**JAMAL CLARKE,**

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base with an aggregate weight in excess of five grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

/s/ _____ 12/3/03
FOREPERSON OF GRAND JURY

/s/ _____
Seth P. Berman
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, December 3, 2003.

Returned into the District Court by the Grand Jurors and filed.

/s/ _____ 2:42pm
Deputy Clerk

-2-