## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: <u>Charles B. Swartwood, III</u> | Date: <u>December 29, 2003</u> |
| Courtroom Clerk: <u>Roland</u> | Tape Number:<u> 11:55 A</u> Time In Court:<u>15 min</u> |
| Case: USA v. <u>Jamal Clarke</u> | Case Number: <u>03-10369 RGS</u> |
| AUSA: <u>Berman</u> | Defense Counsel: <u>Byrne</u> |
| PTSO/PO: <u>Cuascut</u> | Court Reporter:<u>       </u> |

### TYPE OF HEARING

[ ] **Initial Appearance**
[ ] Arrested:   [ ] on warrant    [ ] on probable cause
[ ] Defendant Sworn
[ ] Advised of Charges
[ ] Advised of Rights
[ ] Requests Appointment of Counsel
[ ] Will Retain Counsel
[ ] Court Orders Counsel be Appointed
[ ] Government Requests Detention & Continuance

[X] **Arraignment**
[X] Defendant Waived Reading of Indictment
[X] Defendants Pleads Not Guilty to Count <u>1</u>
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on _____ with Conditions

[X] **Detention Hearing**
[ ] Defendant Requests a Continuance
[X] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

### CONTINUED PROCEEDINGS

_____ set for _____ at _____

### REMARKS

Case called, Counsel and defendant appear for arraignment, Arraignment held, Dft pleads not guilty to count 1, Scheduling Order Issued, Dft consents to Detention but reserves his right to a hearing in the future, Case continued, Time to be excluded