**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v.                                    ) | **Criminal No. 03-10369-RGS** |
| ) | |
| ) | |
| ) | |
| ) | |
| JAMAL CLARKE                    ) | |
| ) | |

**NOTICE OF INITIAL STATUS CONFERENCE**
**December 29, 2003**

SWARTWOOD, M.J.

1.      Unless counsel inform the court in a Joint Memorandum in accordance with LR 116.5(C) filed **on or before Thursday, February 5, 2004** that there is no need for an initial status conference, such a conference will be held on Monday, February 9, 2004, at 11:00 a.m. in Courtroom No. 25 on the Seventh Floor, United States District Court, Boston, MA.[1]

2.      **ALL MOTIONS, MEMORANDUMS, PLEADINGS, ETC. MUST BE FILED WITH THE COURT. FAXES WILL NOT BE ACCEPTED.**

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE

---

[1]      Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43, F.R. Crim. P., defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference, See 43(c)(3), F.R. Crim. P.