**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                               )
UNITED STATES OF AMERICA,      )
                               )
          v.                   )      **CRIMINAL ACTION**
                               )      **NO. 03-10369-RGS**
JAMAL CLARKE,                  )
          Defendant,           )
_____)


**ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION**
**December 29, 2003**


**SWARTWOOD, M.J.**


     I.   Nature Of The Offense And The Government's Motion

     On December 3, 2003, an Indictment was returned charging

Jamal Clarke ("Mr. Clarke"), with possession of cocaine base

with intent to distribute,  in violation of 21 U.S.C. §

841(a)(1).

     At Mr. Clarke's initial appearance, the Government moved for

a detention hearing in accordance with 18 U.S.C. §§

3142(f)(1)(c)(Mr. Clarke is charged with an offense for which a

maximum term of imprisonment of ten years or more is prescribed

in the "Control Substances Act") (21 U.S.C. § 801 *et seq.*)) and

(f)(2)(A)(risk of flight).  A hearing in connection with the

Government's motion for detention was then scheduled for December 29, 2003.

On December 29, 2003, Mr. Clarke was arraigned and following his arraignment, he assented to an Order of Detention but reserved his right to a detention hearing in the future.

II.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1.  That Mr. Clarke be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  That Mr. Clarke be afforded a reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Clarke is detained and confined shall deliver Mr. Clarke to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A
MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18
U.S.C. § 3145(b).


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE