UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
v.                           )     Case No. 03-cr-10369-RGS
                             )
JAMAL CLARKE                 )

## ASSENTED TO MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE AND TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves to continue the Initial Status Conference currently scheduled for February 9, 2004 at 11:00 a.m. until March 15, 2004 at 2:30 p.m.  The parties need this additional time to negotiate a possible plea agreement.

Additionally, the United States moves, pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on January 26, 2004 and ending on March 15, 2004.  As grounds therefor, the United States states that the interests of justice are best served by allowing the parties additional time to negotiate a possible plea agreement.

Defendant, through his counsel Catherine Byrne, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by

granting the requested continuance and exclusion outweigh the
best interest of the public and the defendant in a speedy trial,
and, accordingly, grant the continuance as requested above and
exclude the above period in computing the time within which trial
must commence under 18 U.S.C. §3161.


                              Respectfully Submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney
                              By:

                              _____
                              SETH P. BERMAN
                              Assistant U.S. Attorney
                              (617) 748-3385

February 6, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing Assented to Motion for Continuance of Initial Status Conference and to Exclude Time by hand delivery:

        Catherine Byrne, Esq.
        Federal Defender Services
        408 Atlantic Avenue
        Boston, MA 02110

This 6th day of February 2004.

                    SETH P. BERMAN
                    ASSISTANT UNITED STATES ATTORNEY