AO 458 (Rev. USAO-MA 7/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

FILED
IN CLERKS OFFICE

2004 SEP 24  P 4: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

JAMAL CLARKE

APPEARANCE

Case Number: 03-10369-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America.

I certify that I am admitted to practice in this court.

Sept. 21, 2004
Date

[Signature]
Signature

Print Name                                              Bar Number
Paul R. Moore                                           632312

Address

1 Courthouse Way        Suite    9200

City                    State              Zip Code
Boston                  MA                 02210

Phone Number                                            Fax Number
617 748-3654