UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 SEP 24  P 4: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JAMAL CLARKE,   )<br>        Defendant.   ) | CRIMINAL NO. 03-10369-RGS |

## JOINT MOTION FOR EXCLUDABLE TIME

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Paul R. Moore, and the defendant, Jamal Clarke, by and through his counsel, Catherine Byrne, Esq., jointly move pursuant to § 3161(h)(8)(A) that the period from September 8, 2004, the date on which a Further Status Conference was held in this matter, up to and including October 20, 2004, the date on which a Final Status Conference is scheduled to be held, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reasons therefore, the parties represent that this brief continuance is necessary so that the parties can continue to examine the evidence in this matter and explore possible resolution of the matter without going to trial. Therefore, it is in the interests of justice that the current motion be allowed.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from September 8, 2004 through October 20, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Paul R. Moore
Assistant U.S. Attorney

JAMAL CLARKE
Defendant

By: _____
Catherine Byrne (by PRM, w/ permission)
Catherine Byrne, Esq.
Counsel for Jamal Clarke

DATE: September 21, 2004