ORIGINAL

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 21  A 11: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10369-RGS |
| | ) | |
| JAMAL CLARKE, | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR EXCLUDABLE TIME

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Paul R. Moore, and the defendant, Jamal Clarke, by and through his counsel, Catherine Byrne, Esq., jointly move pursuant to § 3161(h)(8)(A) that the period from October 21, 2004, the date after which a Further Status Conference was held in this matter, up to and including December 20, 2004, the date on which a Final Status Conference is scheduled to be held, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reasons therefore, the parties represent that this brief continuance is necessary so that the parties can continue to examine the evidence in this matter and explore possible resolution of the matter without going to trial. Therefore, it is in the interests of justice that the current motion be allowed.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from October 21, 2004 through December 20, 2004.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:    _____
        Paul R. Moore
        Assistant U.S. Attorney


                    JAMAL CLARKE
                    Defendant

By:    _____
        Catherine Byrne, Esq.
        Counsel for Jamal Clarke

DATE: October 21, 2004