# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 03-10369-RGS

UNITED STATES OF AMERICA

v.

JAMAL CLARKE

### FINAL STATUS REPORT

December 20, 2004

**BOWLER, Ch.U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with the possession of cocaine base with the intent to distribute, was returned on December 3, 2003;

2. The defendant was arraigned on the Indictment on December 29, 2003;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government will call approximately five to ten witnesses and that the trial will last approximately one week;

5. Defense counsel has indicated that case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through December 20, 2004;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/   Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge