UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Open Court
USDC, Mass
Date 12 20 04
By
Deputy   10 35 AM

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) |
| v. | )   Criminal No. 03-10369-RGS |
|  | ) |
| JAMAL CLARKE | ) |
|  | ) |

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

The parties hereby report that:

1.    The government has provided and made available to the defendant all discovery. There are no outstanding discovery issues.

2.    Neither party anticipates providing additional discovery.

3.    The defendant does not intend to raise a defense of insanity or public authority.

4.    The government has not requested notice of alibi.

5.    At this time, the defendant does not anticipate filing any motions requiring a ruling by the District Court before trial. The defendant, however, reserves the right to file such motions.

6.    The parties have discussed the possibility of an early resolution to the case and hereby request that the matter be forwarded to the District Court for the setting of a date for a change of plea by the defendant.

7.    The parties hereby agree to the periods already excluded by order of this Court.

-1-

Respectfully submitted,                    Respectfully submitted,

MICHAEL J. SULLIVAN                         JAMAL CLARKE
United States Attorney,                     By his Attorney,
By:

Paul R. Moore                              Catherine Byrne
Assistant U.S. Attorney                    Federal Defender
(617)748-3654


DATE:        December 20, 2004