UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                    CRIMINAL NO. 03-10369-RGS

JAMAL CLARKE

# NOTICE OF HEARING

**STEARNS, DJ.**                    **DECEMBER 29, 2004**

A CHANGE OF PLEA HEARING IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

TUESDAY, JANUARY 11, 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                              RICHARD G. STEARNS
                              UNITED STATES DISTRICT JUDGE

BY:
                              /s/ Mary H. Johnson
                              Deputy Clerk