UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 03-10369-RGS |
| ) | |
| JAMAL CLARKE   ) | |

<u>NOTICE OF APPEAL</u>

Defendant, Jamal Clarke, hereby appeals the judgment and sentence imposed on the above-numbered indictment on June 8, 2005 to the United States Court of Appeals for the First Circuit.

                                        JAMAL CLARKE
                                        By his attorney,

                                        /s/ Catherine K. Byrne

                                        Catherine K. Byrne
                                            B.B.O. #543838
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

June 14, 2005

_____