## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cr-10369

United States of America

v.

Jamal Clarke

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/14/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 15, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/16/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-10369-RGS-ALL

Case title: USA v. Clarke                    Date Filed: 12/03/2003

Assigned to: Judge Richard
G. Stearns

**Defendant**

**Jamal Clarke** (1)            represented by **Catherine K. Byrne**
                                Federal Defender's Office
                                District of Massachusetts
                                408 Atlantic Ave.
                                Third Floor
                                Suite 328
                                Boston, MA 02210
                                617-223-8061
                                Fax: 617-223-8080
                                Email:
                                catherine_byrne@fd.org
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE*
                                *NOTICED*
                                *Designation: Public Defender*
                                *or Community Defender*
                                *Appointment*

**Pending Counts**              **Disposition**
None

**Highest Offense Level
(Opening)**

None

## Terminated Counts

21:841(A)(1), 18:2
Possession of cocaine base
with intent to distribute
(1)

## Disposition

77 months to be served. Upon release from incarceration, deft. will be placed on Supervised Release for 4 years with Special Conditions. Special Assessment of $100 to be paid forthwith.

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

---

## Plaintiff

**USA**                            represented by **Paul R. Moore**
                                   United States Attorney's Office
                                   John Joseph Moakley Federal Courthouse
                                   1 Courthouse Way
                                   Suite 9200
                                   Boston, MA 02210
                                   617-748-3700
                                   Fax: 617-748-3951
                                   Email: paul.moore@usdoj.gov
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE*

*NOTICED*

**Seth P. Berman**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3385
Fax: 617-748-3951
Email: Seth.Berman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2003 | 1 | INDICTMENT as to Jamal Clarke (1) count(s) 1. (Hurley, Virginia) (Entered: 12/04/2003) |
| 12/03/2003 |  | Arrest Warrant Issued as to Jamal Clarke. (Hurley, Virginia) (Entered: 12/04/2003) |
| 12/03/2003 | 2 | Judge Richard G. Stearns : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Pretrial proceedings as to Jamal Clarke (Hurley, Virginia) (Entered: 12/04/2003) |
| 12/18/2003 |  | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Appearance as to Jamal Clarke held on 12/18/2003. The Court informs the defendant of his rights and the charges. The government states the maximum penalty. The defendant fills out a financial affidavit and requests counsel. Upon motion of the government, the Court ORDERS the defendant temporarily detained and remanded to the custody of the mrashal pending next |

| | | |
|---|---|---|
| | | hearing. Arraignment set for 12/23/2003 10:15 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. Detention Hearing set for 12/23/2003 10:15 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 12/22/2003) |
| 12/18/2003 | 3 | CJA 23 Financial Affidavit by Jamal Clarke (Brown, Rex) (Entered: 12/22/2003) |
| 12/23/2003 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Arraignment continued on 12/23/2003, Detention Hearing as to Jamal Clarke continued on 12/23/2003. Upon motion of the defendant, the matters are continued before the emrgency Judge and the defendant is temporarily detained pending hearing and remanded to the custody of the Marshal. Arraignment set for 12/29/2003 11:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. Detention Hearing set for 12/29/2003 11:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Tape #Digital Recording.) (Brown, Rex) (Entered: 12/29/2003) |
| 12/29/2003 | 4 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Jamal Clarke (1) Count 1 held on 12/29/2003, Not Guilty Plea entered by Jamal Clarke on counts 1. (11:55 A.) (Roland, Lisa) (Entered: 12/31/2003) |
| 12/29/2003 | 5 | NOTICE OF HEARING as to Jamal Clarke; Status Conference set for 2/9/2004 11:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler, cc/cl. (Roland, Lisa) (Entered: 12/31/2003) |
| 12/29/2003 | 6 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Jamal Clarke; Time excluded from December 29, 2003 until January 26, 2004, cc/cl. (Roland, Lisa) (Entered: 12/31/2003) |
| | | |

| 12/29/2003 | 7 | Judge Charles B. Swartwood :SCHEDULING ORDER as to Jamal Clarke, cc/cl. (Roland, Lisa) (Entered: 12/31/2003) |
|---|---|---|
| 12/29/2003 | 8 | Judge Charles B. Swartwood : ORDER entered on the government's motion for detention as to Jamal Clarke. (cc/cl) (Jones, Sherry) (Entered: 12/31/2003) |
| 12/31/2003 |  | Attorney update in case as to Jamal Clarke. Attorney Catherine K. Byrne for Jamal Clarke added. (Jones, Sherry) (Entered: 12/31/2003) |
| 02/06/2004 | 9 | MOTION to Continue to 3/15/04 to continue status conference and to exclude timeas to Jamal Clarke by USA. (Flaherty, Elaine) (Entered: 02/10/2004) |
| 02/26/2004 |  | Judge Charles B. Swartwood : Electronic ORDER entered granting 9 Motion to Continue as to Jamal Clarke (1). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 02/26/2004) |
| 03/15/2004 |  | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Status Conference as to Jamal Clarke held on 3/15/2004; Seth Berman for the Govt.; Syrie Fried standing in for Catherine Byrne for the Deft.; Govt. states the Deft. has asked for additional time; Court sets final status for April 27, 2004 at 10:00 AM;Parties agree to exclude the time; Govt. to file assented to motion. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 03/15/2004) |
| 03/18/2004 | 10 | MOTION to Exclude *Time (Assented to)* as to Jamal Clarke by USA. (Berman, Seth) (Entered: 03/18/2004) |
| 03/19/2004 |  | Judge Marianne B. Bowler : electronic ORDER entered granting 10 Motion to Exclude as to Jamal Clarke (1) (Bowler, Marianne) (Entered: 03/19/2004) |
| 04/27/2004 |  | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Further Status Conference as to Jamal Clarke held on 4/27/2004; Seth Berman for |

| | | |
|---|---|---|
| | | the GOvt.; Catherine Byrne for the deft.; Defense counsel requests additional 6 wks.; Govt. does not object; Further status set for June 14, 2004 at 10:00 AM; Parties agree to exclude the time; Govt. to file an assented to motion. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/27/2004) |
| 04/27/2004 | 11 | Assented to MOTION for Excludable Delay from April 27, 2004 to June 14, 2004 as to Jamal Clarke by USA. (Berman, Seth) (Entered: 04/27/2004) |
| 04/29/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 11 Motion to Exclude as to Jamal Clarke (1) (Bowler, Marianne) (Entered: 04/29/2004) |
| 06/14/2004 | 12 | Joint MOTION for Excludable Delay from 6/14/04 to 7/21/04 as to Jamal Clarke by USA. (Owyang, Colin) (Entered: 06/14/2004) |
| 06/14/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Further Status Conference as to Jamal Clarke held on 6/14/2004; Colin Owyang for Seth Berman for the govt.; Catherine Bryne for the deft.; Parties ask for additional time; Counsel for the deft. requests continuance in approximately six weeks; Further status set for July 21, 2004 at 10:00 AM; Parties agree to exclude the time from today to July 21, 2004; Govt. to file an an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 06/14/2004) |
| 06/16/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 12 Motion to Exclude as to Jamal Clarke (1) (Bowler, Marianne) (Entered: 06/16/2004) |
| 07/23/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Jamal Clarke held on 7/23/2004; Seth Berman for the govt.; Catherine Byrne for the deft.; The govt. asks for a sidebar conference; Court sets further status |

| | | |
|---|---|---|
| | | conference for September 8, 2004 at 2:30 PM; Parties agree to exclude the time from today to September 8, 2004; The govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/23/2004) |
| 09/02/2004 | 13 | Assented to MOTION for Excludable Delay from July 23, 2004 to September 8, 2004 as to Jamal Clarke by USA. (Berman, Seth) (Entered: 09/02/2004) |
| 09/08/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Jamal Clarke held on 9/8/2004; Seth Berman for Paul Moore for the govt.; Atty. Byrne for the deft.; Court sets Further status for October 20, 2004 at 11:00 AM; Parties agree to exclude the time from today to October 20, 2004 and the govt. will file the assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/08/2004) |
| 09/10/2004 | ● | Judge Marianne B. Bowler : electronic ORDER entered granting 13 Motion to Exclude as to Jamal Clarke (1) (Bowler, Marianne) (Entered: 09/10/2004) |
| 09/24/2004 | 14 | NOTICE OF ATTORNEY APPEARANCE Paul R. Moore appearing for USA. (Flaherty, Elaine) (Entered: 09/27/2004) |
| 09/24/2004 | 15 | Joint MOTION for Excludable Delay from 9/8/04 to 10/20/04 as to Jamal Clarke by USA, Jamal Clarke. (Flaherty, Elaine) (Entered: 09/27/2004) |
| 09/29/2004 | ● | Judge Marianne B. Bowler: Electronic ORDER entered granting 15 Motion to Exclude as to Jamal Clarke(1). (Bowler, Marianne) (Entered: 09/29/2004) |
| 10/20/2004 | ● | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Further status conference as to Jamal Clarke held on 10/20/2004; Paul Moore for the govt. and Katherine Byrne for the deft.; Counsel for the deft. requests additional time; |

| | | |
|---|---|---|
| | | Govt. is amenable; Further status conference is set for 12/20/2004 at 10:30 AM; Parties agree to exclude the time from today to 12/20/2004 and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 10/21/2004) |
| 10/21/2004 | 16 | MOTION for Excludable Delay from 10/21/04 to 12/20/04 as to Jamal Clarke by USA, Jamal Clarke. (Flaherty, Elaine) (Entered: 10/22/2004) |
| 10/25/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 16 Motion to Exclude as to Jamal Clarke(1). (Bowler, Marianne) (Entered: 10/25/2004) |
| 12/20/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Furtherstatus conference for Jamal Clarke held on 12/20/2004; Paul Moore for the govt. and Katherine Byrne for the deft.; Parties request that the case be returned to the district court for a change of plea hearing and parties also submit a joint memorandum in open court; The case will be returned to the district court today. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 12/20/2004) |
| 12/20/2004 | 17 | Magistrate Judge Marianne B. Bowler: ORDER entered; REPORT AND ORDER on Final Status Conference for Jamal Clarke. (Saccoccio, Dianalynn) (Entered: 12/20/2004) |
| 12/20/2004 | | Judge update in case of Jamal Clarke; Magistrate Judge Marianne B. Bowler no longer assigned to case. (Saccoccio, Dianalynn) (Entered: 12/20/2004) |
| 12/20/2004 | 18 | JOINT MEMORANDUM of the parties re initial status conference by Jamal Clarke (Flaherty, Elaine) (Entered: 12/21/2004) |
| 12/29/2004 | 19 | NOTICE OF RULE 11 HEARING as to Jamal Clarke,entered. (Johnson, Mary) (Entered: 12/29/2004) |

| | | |
|---|---|---|
| 01/11/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Change of Plea Hearing as to Jamal Clarke held on 1/11/2005. AUSA Moore present for the Govt. Atty. Catherine Byrne present for the deft.Deft. sworn. After hearing, deft. pleads guilty (no plea agreement) to Count 1 of the one-count Indictment, and guilty plea is accepted by the Court. Sentencing is scheduled for April 14, 2005 at 2:30 p.m. Defendant remains in FEDERAL custody. (Court Reporter James Gibbons.) (Johnson, Mary). (Entered: 01/12/2005) |
| 01/11/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns :Plea entered by Jamal Clarke (1) Guilty Count 1. (Court Reporter James Gibbons.) (Johnson, Mary) (Entered: 01/12/2005) |
| 01/12/2005 | ●20 | Judge Richard G. Stearns : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Jamal Clarke. Sentencing set for 4/14/2005 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 01/12/2005) |
| 04/13/2005 | ●21 | SEALED MOTION as to Jamal Clarkeby Jamal Clarke, USA. (Smith3, Dianne) (Entered: 04/22/2005) |
| 04/20/2005 | ● | Set Deadlines/Hearings as to Jamal Clarke: Status Conference set for 5/10/2005 04:00 PM before Judge Richard G. Stearns. (Smith3, Dianne) (Entered: 04/22/2005) |
| 05/10/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Status Conference as to Jamal Clarke held on 5/10/2005. AUSA Moore present for the Govt. Atty. Byrne present for the deft. Martha Victoria , USPO, present for the Probation Dept. After conferring with the Court, the matter is continued for sentencing on June 8, 2005 at 2:30 P.M. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 5/12/2005 (Johnson, Mary). (Entered: |

| | | |
|---|---|---|
| | | 05/12/2005) |
| 05/12/2005 | 22 | SENTENCING MEMORANDUM by Jamal Clarke (Smith3, Dianne) Additional attachment(s) added on 5/12/2005 (Smith3, Dianne). (Entered: 05/12/2005) |
| 06/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Sentencing held on 6/8/2005 for Jamal Clarke (1). AUSA Moore present for the Govt. Atty. Byrne present for the deft. The Govt. has filed a 5k1.1 Motion for Downward Departure, and after hearing, the motion is allowed. Count(s) 1, 77 months to be served. Upon release from incarceration, deft. will be placed on Supervised Release for 4 years with Special Conditions. Special Assessment of $100 to be paid forthwith. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 6/9/2005 (Johnson, Mary). (Entered: 06/09/2005) |
| 06/09/2005 | 24 | MOTION to Seal attached as to Jamal Clarkeby USA. (Flaherty, Elaine) (Entered: 06/14/2005) |
| 06/09/2005 | 25 | Sealed MOTION as to Jamal Clarkeby USA. (Flaherty, Elaine) (Entered: 06/14/2005) |
| 06/14/2005 | 23 | NOTICE OF APPEAL by Jamal Clarke Filing fee $ 255. Reason fee is not required: Federal Defender Office NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/5/2005. (Byrne, Catherine) (Entered: 06/14/2005) |