# United States Court of Appeals
## For the First Circuit

No. 05-1906
D.C. No. 03-10369

UNITED STATES

Appellee

v.

JAMAL CLARKE, a/k/a Dave Chin, a/k/a Jamal Chin, a/k/a Jamal D. Clarke

Defendant - Appellant

**ORDER OF COURT**
**Entered: January 27, 2006**

On January 6, 2006, Court Reporter James P. Gibbons was notified that the transcript of the 1/11/05, change of plea and 5/10/05, hearing had not been filed in this case, and was asked to take action by January 20, 2006. It does not appear that the court reporter has filed the transcript in the district court, or in the alternative, a motion in the court of appeals for an extension of time to complete the transcript. See Fed. R. App. P. 11(b)(1).

Accordingly, the court directs James P. Gibbons to produce the transcript by **February 10, 2006**, or to show cause by **February 10, 2006** why he has failed to produce the transcript.

A certified copy of this order will be forwarded to the district judge in accordance with Fed. R. App. P. 11(b)(1)(D).

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Operations Manager

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: J. Calaido    Date: 1-27-06

[Certified Copies: Hon. Richard Stearns, Sara Thornton, Clerk.]
[cc: James P. Gibbons, Court Reporter, Deborah Scalfani, Court Reporter Supervisor]
[cc: David A. F. Lewis, Esq., Paul R. Moore, AUSA, Seth P. Berman, AUSA, Dina Michael Chaitowitz, AUSA]