# United States Court of Appeals
## For the First Circuit

03-10369
Massachusetts (B)
R. Stearns

No. 05-1906

UNITED STATES

Appellee

v.

JAMAL CLARKE, a/k/a Dave Chin, a/k/a Jamal Chin,
a/k/a Jamal D. Clarke

Defendant - Appellant

**JUDGMENT**

Entered: July 6, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Jennifer Calardo*
Deputy Clerk
Date: 7.6.06

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By: _____
Operations Manager

[cc: David A. F. Lewis, Esq., Paul R. Moore, AUSA, Seth P. Berman, AUSA, Dina Michael Chaitowitz, AUSA]